# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Dirtworks, Inc. of Vicksburg ) | ASBCA No. 60132 |
| ) | |
| Under Contract No. W912EE-12-C-0025 ) | |

APPEARANCES FOR THE APPELLANT:    Christopher Solop, Esq.
Lynn Patton Thompson, Esq.
Biggs, Ingram & Solop, PLLC
Jackson, MS

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Walker D. Moller, Esq.
Assistant District Counsel
John M. Breland, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Vicksburg

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 30 March 2017

OWEN C. WILSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60132, Appeal of Dirtworks, Inc. of Vicksburg, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals